**Order entered September 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00327-CV

### RAKIYA R. E. AKWA- DIALLO AND ALPHA DIALLO CAMARA, Appellants

### V.

### CITY OF GARLAND, GARLAND INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY, AND RESOLUTION FINANCE, LLC, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-18-01505**

### ORDER

Before the Court is appellants' August 28, 2020 motion for extension of time to file corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 22, 2020.

We note appellants' motion does not contain the certificates of conference and service required by the rules of appellate procedure. *See* TEX. R. APP. P.

9.5(d),(e); 10.1(a)(5).  We caution appellants that any further motions shall include the required certificates.

/s/    KEN MOLBERG
          JUSTICE